UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA SLADE, *individually and as the representative of a class of similarly situated persons,*<br><br>                        Plaintiff,<br><br>            -v.-<br><br>YEDI, INC.,<br><br>                        Defendant. | 20 Civ. 561 (KPF)<br><br><u>SCHEDULING ORDER</u> |

KATHERINE POLK FAILLA, District Judge:

      Plaintiff filed the complaint in this action on January 22, 2020. (Dkt. #1). On February 13, 2020, the Court scheduled an initial pretrial conference in this matter for April 29, 2020. (Dkt. #5). To date, the docket reflects that Defendant Yedi, Inc. has not been served. Accordingly, the initial pretrial conference, previously scheduled for April 29, 2020, is hereby ADJOURNED to **July 29, 2020, at 11:30 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Plaintiff is hereby ORDERED to serve the Defendant Yedi, Inc. on or before **May 29, 2020**. Plaintiff must file an affidavit or other notice of service on the docket by that date.

      SO ORDERED.

Dated:  April 21, 2020
            New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge